PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER E. LENHART, )<br>   Petitioner, )<br>           )<br>   v.         )<br>           )<br>ALAN LAZAROFF, Warden, )<br>           )<br>   Respondent. ) | CASE NO. 1:14CV2310<br><br>JUDGE BENITA Y. PEARSON<br><br>**MEMORANDUM OF OPINION**<br>**AND ORDER** |

  On October 16, 2014, *Pro se* Petitioner Christopher E. Lenhart filed the above-captioned habeas corpus action under 28 U.S.C. § 2254. Lenhart challenges his convictions, pursuant to a guilty plea, for burglary, kidnapping, notice of change of address, and intimidation of crime victim or witness.

  A federal court may entertain a habeas petition filed by a person in state custody only on the ground that he is in custody in violation of the Constitution, laws, or treaties of the United States. In addition, a petitioner must have exhausted all available state remedies. 28 U.S.C. § 2254(b), (c).

  It is evident on the face of the Petition (ECF No. 1 at PageID #: 5-6) that Lenhart has not exhausted his state court remedies, as he has a post-conviction motion pending in the Cuyahoga County, Ohio Court of Common Pleas (Case No. CR-12-558148-A) in which he asserts he was

(1:14CV2310)

denied the effective assistance of trial counsel—a claim also set forth in the instant case. The petition is thus premature.

Accordingly, the request to proceed *in forma pauperis* (ECF No. 2) is granted, the petition is denied, and this case is dismissed without prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal from this decision could not be taken in good faith, and that there is no basis on which to issue a certificate of appealability. 28 U.S.C. § 2253; Fed. R. App. P. 22(b).

    IT IS SO ORDERED.

| | |
|---|---|
|  January 30, 2015 |  */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |